UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL KINZEL,<br><br>               Defendant. | CASE NO. 2:22-cr-00187-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND MOTIONS DEADLINE |

      This matter comes before the Court on Defendant Michael Kinzel's Unopposed Motion to Continue Trial Date and Motions Deadline. Dkt. No. 22. Mr. Kinzel seeks to continue the trial date from January 9, 2023 to May 8, 2023, and to continue the pretrial motions deadline to a date "approximately six weeks prior to trial." *Id.* at 1. The Government does not oppose the motion. *Id.*

      Mr. Kinzel is charged with Possession of Controlled Substances with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B). Dkt. No. 1 at 1–2.

      Mr. Kinzel requests a new trial date of May 8, 2023 because his counsel needs additional time "to review discovery and prepare necessary motions," and because "[t]o date, counsel has received only a fraction of the discovery expected to be disclosed in this case." Dkt. No. 22 at 2.

Discovery is "expected to be extensive," and Mr. Kinzel has moved for the appointment of a coordinating discovery attorney to help coordinate with related cases that share the same discovery. *Id.*; *see* Dkt. No. 18 at 1. Mr. Kinzel also notes that his case is "one of several related cases" including *United States v. Paleo*, No. 22-cr-0180-LK (W.D. Wash.), for which the trial date has been continued to May 8, 2023. Dkt. No. 22 at 1. "Counsel for the government has notified counsel that if Mr. Kinzel's case proceeds to trial he will most likely be joined as a defendant to the *Paleo* case." *Id.* at 2. Mr. Kinzel has filed a speedy trial waiver "knowingly, voluntarily, and with advice of counsel" consenting to the continuance of his trial date and waiving his right to a speedy trial to a date thirty days beyond May 8, 2023. Dkt. No. 25 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Kinzel in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to counsel's need for more time to obtain and review discovery, consider pretrial motions and defenses, consult with his client, and prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Mr. Kinzel reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 22, and ORDERS that the trial date for Mr. Kinzel shall be continued from January 9, 2023 to May 8, 2023. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the original January 9, 2023 trial date to the new trial date is EXCLUDED when computing the time

within which Mr. Kinzel's trial must commence under the Speedy Trial Act. Pretrial motions are due no later than March 27, 2023.

Dated this 15th day of December, 2022.

*Lauren King*

Lauren King
United States District Judge