UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>     v.<br><br>MICHAEL KINZEL,<br><br>          Defendant. | CASE NO. 2:22-cr-00187-LK<br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the Government's Motion for a Final Order of Forfeiture, Dkt. No. 92, seeking to forfeit to the United States Defendant Michael Kinzel's interest in the following property (the "Subject Property"): [1]

---

[1] The Government's motion does not address the following five firearms that were preliminarily forfeited by Mr. Kinzel: one Ruger LCP II .22 caliber pistol, bearing serial number 380807343; one Heckler and Koch P30L .40 caliber pistol, bearing serial number 221-003199; one Glock GMBH model 27, .40 caliber pistol, bearing serial number EUK370US; one Keltec CNC Industries Inc. model KSG, 12 caliber shotgun, bearing serial number XXB05; and one Glock 42, .380 caliber pistol, bearing serial number AFAC037. Ancillary forfeiture proceedings to resolve a third-party claim to those firearms are ongoing; the Court authorized discovery on the third-party claim to the Ruger pistol and provided the third party until October 31, 2024 to file a second amended petition as to the other four firearms. Dkt. Nos. 88, 97.

FINAL ORDER OF FORFEITURE - 1

a. Two sets of body armor, seized from 12602 SE Petrovitsky Road, Renton, Washington, on or about October 25, 2022;

b. The following firearms, and any associated ammunition, magazines, and accessories, seized on or about October 25, 2022:

    1. Firearms and associated ammunition and magazines seized from the residence located at 12602 SE Petrovitsky Road, Renton, Washington:

        i. One Smith & Wesson M&P 15, 300 caliber pistol, bearing serial number TK47751; and

        ii. One Para-Ordnance MFG Inc. model CCW .45 caliber pistol, bearing serial number P126188.

    2. Firearms and associated ammunition and magazines seized from a black BMW 550i bearing Washington license plate BXU7216, located at 12602 SE Petrovitsky Road, Renton, Washington:

        i. One Ruger Mini 14, .223 caliber rifle, bearing serial number 183-15790;

        ii. One Jukar .45 caliber pistol, bearing serial number 140379;

        iii. One Unknown make and model Flintlock pistol;

        iv. One Colt .45 caliber revolver, bearing serial number 7459NM; and

        v. One Ruger 10/22 .22 caliber rifle, bearing serial number 121-48673.

    3. One Smith & Wesson 1006, 10 caliber pistol, bearing serial number TFC4808, seized from a white BMW bearing Oregon license plate I18127, located at 12602 SE Petrovitsky Road, Renton, Washington.

The Court, having reviewed the Government's Motion, as well as the other papers and pleadings filed in this matter, hereby finds that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- On February 7, 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853 as property that facilitated or constitutes proceeds of Mr. Kinzel's commission of Possession with the Intent to Distribute Controlled Substances and forfeiting his interest in it. Dkt. No. 64.

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 67, and provided direct notice to 10 potential claimants as required by Federal Rule of Criminal Procedure 32.2(b)(6)(A), *see* Dkt. No. 93 at 2–3;

- The time for filing third-party claims to the Subject Property has expired, and none were filed.

Now, therefore, the Court ORDERS the following:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States;

3. The United States Department of Justice, Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property in accordance with the law; and

//
//
//

FINAL ORDER OF FORFEITURE - 3

4. The Court will retain jurisdiction for the purpose of enforcing the Final Order of Forfeiture as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED.

Dated this 22nd day of October, 2024.

*Lauren King*

Lauren King
United States District Judge

FINAL ORDER OF FORFEITURE - 4