1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

The Hon. Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL KINZEL,<br><br>Defendant,<br><br>and<br><br>ANDRE'A GONZALES,<br><br>Third-Party Claimant. | NO. CR22-187-LK<br><br>**STIPULATION AND [PROPOSED] ORDER SETTLING THIRD-PARTY CLAIM TO FIREARMS**<br><br>NOTE ON MOTION CALENDAR:<br>April 23, 2025 |

19

20

21

22

The United States and Third-Party Claimant Andre'a Gonzales present the following Stipulation and proposed Order to settle Ms. Gonzales' asserted interest in a Ruger LCP II .22 caliber pistol, serial number 380807343 (the "Ruger Pistol") that was forfeited by Defendant Michael Kinzel in this case:

23

### I.    BACKGROUND

24

25

26

27

Defendant Michael Kinzel agreed to forfeit the Ruger Pistol pursuant to the Plea Agreement he entered on December 8, 2023. Dkt. No. 53. Prior to sentencing, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in the Subject Firearm. Dkt. No. 64.

1    As required by 21 U.S.C. § 853(n)(l) and Fed. R. Crim. P. 32.2(b)(6)(C), the

2  United States published notice of the Preliminary Order of Forfeiture and its intent to

3  dispose of the Ruger Pistol in accordance with governing law. Dkt. No. 67. That notice

4  informed any third parties claiming an interest in the property that they were required to

5  file a petition with the Court within 60 days of the notice's first publication on

6  February 14, 2024. *Id*. As required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States

7  sent direct notice and a copy of the Preliminary Order of Forfeiture to Andre'a Gonzales,

8  as she appeared to be a potential claimant to the Ruger Pistol based on the underlying

9  investigative material.

10    Ms. Gonzales filed a timely claim (Dkt. No. 78) and an amended claim (Dkt. No.

11  81), in which she asserted she was the lawful owner of the Ruger Pistol.

12    No competing claims to the Ruger Pistol have been filed, and the period for doing

13  so expired on or about April 14, 2024, for the published notice, and on May 26, 2024, for

14  direct notice.

15                          **II.    STIPULATION**

16    The United States and Ms. Gonzales HEREBY STIPULATE to the following:

17    1.    In support of her claim, Ms. Gonzales asserts that she is the owner of the

18  Ruger Pistol and that she purchased it from Sportmans Warehouse in Federal Way,

19  Washington, in April 2021.

20    2.    The information provided by Ms. Gonzales is consistent with the

21  information contained on the firearms trace report for the Ruger Pistol ("Tracing Report")

22  prepared by the United States Department of Justice, Bureau of Alcohol, Tobacco,

23  Firearms and Explosives ("ATF"). The Tracing Report confirms that Ms. Gonzales was

24  the last individual to purchase the Ruger Pistol from a Federal Firearms Licensee ("FFL")

25  and further confirms that Ms. Gonzales purchased the Ruger Pistol on April 21, 2021,

26  from Sportsmans Warehouse, a FFL, in Federal Way, Washington.

27

Stipulation and [Proposed] Order - 2
*United States v. Kinzel,* CR22-187-LK

3.       The Federal Bureau of Investigation has confirmed that Ms. Gonzales has no identifiable criminal history precluding her from possessing a firearm at this time.

4.       Ms. Gonzales affirms that neither she nor any person living in her residence is prohibited from possessing a firearm.

5.       Based on the information and affirmations reflected in Paragraphs 1–2, above, the United States agrees that Ms. Gonzales had a vested interest in the Ruger Pistol, pursuant to 21 U.S.C. § 853(n)(6)(A), before Defendant in this case possessed it.

6.       The United States recognizes Ms. Gonzales' vested interest in the Ruger Pistol and agrees the government will return it to Ms. Gonzales following the criminal proceedings in this case, to include any criminal appeal. The seizing agency, FBI, will affect the return of the Ruger Pistol to Ms. Gonzales.

7.       Ms. Gonzales understands the Ruger Pistol constitutes evidence in this case and cannot be returned prior to the completion of these criminal proceedings, to include any criminal appeal.

8.       Ms. Gonzales understands and agrees the Ruger Pistol will be returned to her in its current condition, that is, in the condition that it was seized from Defendant in this case.

9.       Ms. Gonzales understands and agrees that this Stipulation fully and finally resolves her claims to the Ruger Pistol. Ms. Gonzales waives any right to further litigate or pursue her claims, in this or any other proceeding, judicial or administrative.

10.       Ms. Gonzales agrees to release and hold harmless the United States, its agents, representatives, and/or employees, as well as any involved state or local law enforcement agencies, their agents, representatives, and/or employees, from any and all claims Ms. Gonzales may possess, or that could arise, based on the seizure, detention, and/or return of the Ruger Pistol.

Stipulation and [Proposed] Order - 3
*United States v. Kinzel,* CR22-187-LK

1    11.    The United States and Ms. Gonzales agree they will each bear their own

2   costs and attorneys' fees associated with the seizure, detention, and return of the Ruger

3   Pistol, as well as with respect to Ms. Gonzales' claims and this Stipulation.

4    12.    The United States and Ms. Gonzales agree that the terms of this Stipulation

5   are subject to review and approval by the Court, as provided in the proposed Order

6   below. If the Court enters the proposed Order, a violation of any term or condition of this

7   Stipulation shall be construed to be a violation of that Order.

8

9                                          Respectfully submitted,

10                                         TEAL LUTHY MILLER
                                           Acting United States Attorney
11

12   DATED: April 23, 2025                 *s/Karyn S. Johnson*
                                           KARYN S. JOHNSON
13                                         Assistant United States Attorney
                                           United States Attorney's Office
14                                         700 Stewart Street, Suite 5220
                                           Seattle, WA  98101
15                                         Phone: 206-553-2462
                                           Fax: 206-553-6934
16                                         Karyn.S.Johnson@usdoj.gov
17

18

19   DATED: April 22, 2025                 *s/Andre'a Gonzales*
                                           ANDRE'A GONZALES*
20                                         Third-Party Claimant
                                           Renton, WA
21                                         *Signed by AUSA Johnson on behalf of*
                                           *Andre'a Gonzales per email authorization on*
22                                         *April 22, 2025*
23

24

25

26

27

Stipulation and [Proposed] Order - 4
*United States v. Kinzel,* CR22-187-LK

1

## [PROPOSED] ORDER

2      The Court has reviewed the above Stipulation between the United States and

3   Third-Party Claimant Andre'a Gonzales, settling the interest Ms. Gonzales has asserted

4   in the Ruger Pistol, Dkt. Nos. 78, 81, that were forfeited by Defendant Michael Kinzel in

5   this case, Dkt. No. 64.

6      The Court HEREBY APPROVES the Stipulation and Settlement and its terms.

7

8      IT IS SO ORDERED.

9

10      DATED this __24th__ day of __April__, 2025.

11

12

13                              _Lauren King_

14                              THE HON. LAUREN KING
                                UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

Stipulation and [Proposed] Order - 5
*United States v. Kinzel,* CR22-187-LK

**CERTIFICATE OF SERVICE**

1
2
3      I hereby certify that on April 23, 2025, I electronically filed the foregoing Notice
4  with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to
5  all ECF participants of record.
6      I hereby further certify that on April 23, 2025, I provided direct notice of the
7  foregoing, at the addresses listed below, by U.S. First Class Mail and/or by electronic
8  mail, as indicated:
9

10      Andre'a Gonzales
        ███████████████
11      Renton, WA 98058
        █████████████████gmail.com
12

13                                    *s/Hannah G. Williams*
                                      HANNAH G. WILLIAMS
14                                    FSA Supervisory Paralegal, Contractor
                                      United States Attorney's Office
15                                    700 Stewart Street, Suite 5220
                                      Seattle, Washington 98101
16                                    Phone: 206-553-2242
                                      Fax: 206-553-6934
17                                    Hannah.Williams2@usdoj.gov
18
19
20
21
22
23
24
25
26
27

Stipulation and [Proposed] Order - 6
*United States v. Kinzel,* CR22-187-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970